ACCEPTED
03-14-00713-CV
7307558
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/9/2015 11:19:42 AM
JEFFREY D. KYLE
CLERK

# MARTENS, TODD, LEONARD, TAYLOR & AHLRICH

## A GENERAL PARTNERSHIP

JAMES F. MARTENS∗
KELLI H. TODD
LACY L. LEONARD
_____
Attorneys at Law
_____
∗Board Certified in Tax Law
Texas Board of Legal
Specialization

301 CONGRESS AVENUE, SUITE 1950
AUSTIN, TEXAS  78701
(512) 542-9898
FAX (512) 542-9899
www.textaxlaw.com

AMANDA G. TAYLOR
DANIEL V. AHLRICH
MICHAEL THILL
_____
Attorneys at Law

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/9/2015 11:19:42 AM
JEFFREY D. KYLE
Clerk

October 9, 2015

**<u>Via E-Filing</u>**
Court of Appeals
Third District of Texas
Attn: The Honorable Jeffrey Kyle, Clerk
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

      Re:    Court of Appeals Number: 03-14-00713-CV
              Trial Court Number: D-1-GN-12-001316

              *Glenn Hegar, et al. v. CGG Veritas Services (U.S.), Inc.*

Dear Mr. Kyle:

      In accordance with the Clerk's request, please accept this letter as notification that Amanda G. Taylor of Martens, Todd, Leonard, Taylor & Ahlrich intends to present oral argument on behalf of Appellee, *CGG Veritas Services (U.S.), Inc.*, on November 18, 2015 at 9:00 am.

           Sincerely,

           MARTENS, TODD, LEONARD, TAYLOR & AHLRICH

           By: /s/ Amanda Taylor
              Amanda Garrett Taylor
              ataylor@textaxlaw.com
              Texas Bar No. 24045921

cc:     **<u>Via E-service to:</u>**

Joseph D. Hughes, jody.hughes@texasattorneygeneral.gov
Charles Eldred, charles.eldred@texasattorneygeneral.gov